# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

AMANDA TOTTEN,

*Plaintiff*

v.

EVERGREEN PROFESSIONAL RECOVERIES, INC., a Washington corporation

*Defendant*

Civil Action No. 2:14-CV-15-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  Defendant's Cross Motion for Summary Judgment is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: August 19, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer